UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0583 SBA |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING DATE TO |
| ALEJANDRO GUTIERREZ, | ) ) | FEBRUARY 8, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) | |
| | ) | |

The parties jointly requested that this Court continue the sentencing hearing to February 8, 2012 at 10:00 a.m. because additional time is needed to gather information to aid in preparation of the Presentence Investigation Report and to allow the parties to review and submit comments regarding the draft report. Further, the assigned probation officer will be out of the office in the month of December. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

**IT IS HEREBY ORDERED** that the change of plea and sentencing in this matter is continued to February 8, 2012 at 10:00 a.m. and that time between December 14, 2011 and February 8, 2012 is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) for the Court's consideration of the proposed plea agreement.

DATED:_11/18/11                                    _____
                                                   HON. SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge

STIP. REQ. TO CONTINUE COP & SENTENCING DATE TO FEBRUARY 8, 2012
No. CR-11-0583 SBA